IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br>*Appellant,*<br>v.<br>LISA M. KIRKLAND,<br>*Appellee.* | CIVIL NO. 6:09CV0002<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 10 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

This matter is before the Court on an appeal by Educational Credit Management Corporation of an October 10, 2008 order of the Bankruptcy Court for the Western District of Virginia denying its motion to alter or amend judgment. For the reasons set forth in the accompanying Memorandum Opinion, the decision of the Bankruptcy Court is **AFFIRMED**. This case is **TERMINATED** and **STRICKEN** from the Court's active docket. The Clerk of Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so **ORDERED**.

Entered this 10th day of March, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE